JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ERNEST DANIEL MEDINA, | ) CV 12-02223-JFW (SH) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| THOMAS G. CAHILL, M.D., etal., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court accepting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without leave to amend.

DATED: November 16, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE